# United States District Court

### EASTERN DISTRICT OF WISCONSIN

PINGEL TRUCKING, LLC,

    Plaintiff,

                  **JUDGMENT IN A CIVIL CASE**

  v.               Case No. 23-C-1326

KLEIS EQUIPMENT, INC.,

    Defendant.

---

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict

☒ **Decision by Court.**  This action came before the Court for consideration.

  **IT IS HEREBY ORDERED AND ADJUDGED** that the plaintiff takes nothing, and this case is DISMISSED.

          Approved: s/ William C. Griesbach
                 WILLIAM C. GRIESBACH
                 United States District Judge

Dated: January 22, 2024

                 GINA M. COLLETTI
                 Clerk of Court

                 s/ Joleen M. Krings
                 (By) Deputy Clerk